### LEES v. HAYDEN et al.

(Supreme Court, General Term, First Department. May 18, 1894.)

Appeal from circuit court, New York county.

Action by David J. Lees, as receiver of the property and assets of Daniel H. Wickham, George S. Wickham, and Samuel E. Turner, against Eldin B. Hayden and Anna Hayden. From a judgment entered on a verdict directed by the court in favor of plaintiff, defendants appeal. Affirmed.

Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.

Geo. D. Beattys, for appellants.
W. J. Townsend, for respondent.

VAN BRUNT, P. J. For the reasons assigned in the opinion in the case of Lees v. Hayden (decided herewith) 29 N. Y. Supp. 179, the judgment appealed from should be affirmed, with costs.

PARKER, J., concurs.    FOLLETT, J., concurs in result.